United States District CourtSouthern District of New York

ZMO Law PLLC v. L.M. & B.S.W.Case No.: 24 Civ. 8382 (VSB)

Request for Clarification Regarding Access to Sealed Filings

To the Court,

My name is Levona Mori (L.M.), a defendant in this action, appearing pro se.

I have an active ECF account. However, I am currently unable to view or access any filings in this case, as the docket and submissions are designated as sealed (UNDER SEAL).

I respectfully request guidance from the Court regarding how I may obtain access to the filings submitted in this case, or alternatively, how I may receive copies of such filings, in accordance with the applicable rules and as the Court deems appropriate.

Contact Information:Name: Levona Mori (L.M.)Email: levona4761@gmail.comPhone: +972-52-807-4761Address: Ahiezer St. Yasmin 64, Ahiezer, ZIP 7169700, Israel

Respectfully submitted,

Levona MoriDefendant, pro se

Date: January 19, 2026